UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-23257-CIV-SCOLA

REGIONS BANK,

    Plaintiff,
vs.

COMMONWEALTH LAND
TITLE INSURANCE CO.,

    Defendant.
_____/

## ORDER ADOPTING AND AFFIRMING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

THIS MATTER is before the Court upon the Report and Recommendations [ECF No. 137], filed by Magistrate Judge Barry L. Garber on August 22, 2012. This Court referred to the Magistrate Judge two motions for report and recommendation: Regions Bank's Motion to Strike Defendant Commonwealth Land Title Insurance Company's Third-Party Claim Against Freeman or, Alternatively, to Drop Freeman as a Party [ECF No. 70]; and Third-Party Defendant Paul Freeman's Motion to Dismiss Third-Party Complaint [ECF No. 73].

The Magistrate Judge recommends that the Court grant the motions to strike Commonwealth's Count II against Freeman, as he is not a properly joined party to these proceedings. The fourteen-day period to object to the Magistrate Judge's recommendations has lapsed, without any objections being filed. Upon a *de novo* review of the record and all pertinent authorities, the Court finds the Magistrate Judge's Report and Recommendations, and the rulings therein, to be wholly correct.

Accordingly, it is hereby **ORDERED and ADJUDGED** that the Report and Recommendations [ECF No. 137] are **AFFIRMED and ADOPTED** in full, and shall be deemed incorporated into this Order as if fully set forth herein.

**DONE and ORDERED** in chambers at Miami, Florida on September 20, 2012.

_____
ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE

*Copies to:*
Magistrate Judge Garber
Counsel of Record